AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MARY SHANAHAN, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:23-cv-2485 |
| DENISON UNIVERSITY, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 7/2/2025 - The Court grants ECF No. [23] Defendant Denison University's Motion for Summary Judgment. Ms. Shanahan's claims are DISMISSED with prejudice. The Court denies ECF No. [35] Defendant Denison University's Motion to Strike Affidavit in Opposition to Motion.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   07/02/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk